# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF ____ ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

KIRK A. DAVIS

**MAGISTRATE JUDGE NOLAN**

**FILED**

12-6-07   *ra*

DEC - 6 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**CRIMINAL COMPLAINT**

CASE NUMBER:

**07CR   814**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ November 18, 2007 _____ in _____ Cook _____ county, in the _____ Northern _ District of _____ Illinois _____ defendant:

did, by force and violence, and by intimidation, take from the person and presence of another, property and money belonging to, and in the care, custody, control, management, and possession of a bank, namely the  the TCF BANK located inside the Jewel Food Store at 423 East Dundee, Palatine, IL, which was federally insured by the Federal Deposit Insurance Corporation (FDIC) on that date;

in violation of Title _18_____ United States Code, Section _2113(a)_____.

I further state that I am a _Special Agent of the Federal Bureau of Investigation___ and that this complaint is based on the following facts:

PLEASE SEE ATTACHED

Continued on the attached sheet and made a part hereof: __X_ Yes      ____ No

Dana Bloss
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

_December 6, 2007_____
Date

at _Chicago, Illinois_____
City and State

Nan R. Nolan, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## **AFFIDAVIT**

I, Dana Bloss, being duly sworn, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for twelve years. Since May 2007, I have been assigned to the violent crimes squad of the FBI's North Resident Agency in Rolling Meadows, Illinois. My duties include the investigation of bank robberies and other violent crimes.

2. The information in this affidavit is based on my personal knowledge, my participation in this investigation, information, gathered from other law enforcement officers, bank employees, witnesses, and information gathered through my training and experience. The information in this affidavit is provided for the limited purpose of establishing probable cause in support of the attached complaint charging KIRK A. DAVIS with bank robbery in violation of 18 U.S.C. 2113(a), and does not contain all of the information known to me about this investigation.

### **October 30, 2007 Bank Robbery**

3. According to witness statements, on October 30, 2007, at approximately 1:38 pm, a black male, later identified as KIRK A. DAVIS, approached the teller counter of the TCF BANK located inside the Jewel Food Store on 1500 Lee Street, Des Plaines, IL. DAVIS asked a teller, Teller 1, what he needed to do to open a checking account. DAVIS then asked Teller 1 if he had ever been shot, to which Teller 1 responded that he had never been shot. DAVIS handed Teller 1 a note, which read: "Put the money in an envelope. If you scream you are going to die." Teller 1 put money from his teller drawer into an envelope and handed it to DAVIS.

4. DAVIS told Teller 1 to "Tell that bitch to put her money in there too," referring to a second teller, Teller 2. DAVIS said, "I'm gonna shoot her if she does not put the money in the

1

envelope." Teller 2 put money from her teller drawer into a second envelope and handed it to

DAVIS.

5. DAVIS told Teller 1 and Teller 2 to get on the floor behind the counter. DAVIS then left the Jewel Food Store.

6. Teller 1 and Teller 2 gave DAVIS a total of approximately $4,816 in United States currency. Included in that currency were two bait packs containing marked bills and one dye pack..

## November 8, 2007 Bank Robbery

7. According to witness statements, on November 8, 2007, at approximately 2:20 pm, a black male, later identified as DAVIS, approached a second TCF Bank located inside another Jewel Food Store at 819 South Elmhurst Road, Des Plaines, IL. DAVIS approached a teller, Teller 3, and said that he wanted to make a deposit. DAVIS then handed Teller 3 a note, which read, "Don't scream," and told her that he wanted all three tellers working at the counter to put the money from their teller drawers into an envelope. Teller 3 put the money from her teller drawer into the envelope, but did not tell the other tellers to do the same.

8. DAVIS asked Teller 3, " Do you want me to use my gun?" DAVIS told another teller, Teller 4, to place all the money she had just counted into an envelope, which Teller 4 did. DAVIS took the money and left the bank.

9. Teller 3 and Teller 4 gave DAVIS a total of approximately $1799.00 in United States currency.

## November 18, 2007 Bank Robbery

10. According to witness statements, on November 18, 2007, at approximately 10:00am,

a black male, later identified as DAVIS, went into the TCF BANK located inside the Jewel Food

Store at 423 East Dundee, Palatine, IL. DAVIS approached a teller, Teller 5, and asked Teller 5

what he needed to do in order to open an account. DAVIS then asked Teller 5, "Have you ever

been shot?" Teller 5 responded, "No." DAVIS then told Teller 5 he was about to get shot if he

did not give DAVIS the money. DAVIS then showed Teller 5 a note which read, "Don't talk,

money."

11. Teller 5 took the money from his teller drawer and handed it to DAVIS who then

placed the money in his pocket. DAVIS told Teller 5 to get the money out of a second teller

drawer. Teller 5 gave DAVIS a pre-packaged bundle of money containing a dye pack. DAVIS

put the bundle in his pocket. DAVIS left the bank.

12. Teller 5 gave DAVIS a total of approximately $2,500.00 in United States Currency.

13. According to witness reports, on November 18, 2007, at the time of the bank robbery,

a black male ran out of the Jewel Food Store. There was a loud sound, like a "pop," and red

smoke started coming out of the man's pocket. The man pulled money out of his pocket and

dropped a cell phone. The man then ran towards a car and drove away.

## Background of Investigation

14. From the contents of the cell phone, retrieved outside of the scene of the November

18, 2007, bank robbery, law enforcement officers determined that the cell phone belonged to

KIRK A. DAVIS.

15. Law enforcement officers obtained a drivers' license photograph of KIRK A.

DAVIS, and compared that photograph with the video surveillance of the three bank robberies

described above. According to law enforcement officers, the person depicted in the video

3

surveillance as robbing the three banks appears to be the same person depicted in DAVIS's drivers' license photograph.

16. Law enforcement officers showed Teller 1 a photo-spread. Teller 1 identified DAVIS as the man who robbed the TCF BANK at 1500 Lee Street, Des Plaines, Illinois, on October 30, 2007.

17. Law enforcement officers showed a photo-spread to a teller who had witnessed the November 8, 2007 robbery of the TCF BANK at 819 South Elmhurst Road, Des Plaines, Illinois. This teller identified DAVIS as the bank robber.

18. Local law enforcement officers arrested DAVIS on December 4, 2007.    After being advised of his *Miranda* rights and signing a *Miranda* waiver, DAVIS provided a written statement in which he admitted to robbing the TCF Banks at 1500 Lee Street on October 30, 2007, and at 819 South Elmhurst Road, Des Plaines, Illinois on November 8, 2007. DAVIS provided a second written statement in which he admitted to robbing the TCF BANK on 423 East Dundee Road, Palatine, Illinois, on November 18, 2007.

19. At the time of the robberies described above, the Federal Deposit Insurance Corporation insured the deposits of the TCF Banks located at 1500 Lee Street, Des Plaines, Illinois; 819 South Elmhurst, Des Plaines, Illinois; and 423 East Dundee Road, Palatine, Illinois.

4

20. Based on the foregoing, I believe that there exists probable cause to believe that

DAVIS robbed the TCF Bank located at 423 East Dundee Road, Palatine, Illinois, in violation of

18 U.S.C. 2113(a).

Further affiant sayeth not.

Dana Bloss
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me
this 6th day of December, 2007

Hon. Nan R. Nolan
United States Magistrate Judge

5