Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 814 - 1 | **DATE** | 12/6/2007 |
| **CASE TITLE** | USA vs. Kirk A Davis | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Kirk A Davis appears in response to arrest on 12/06/07. Defendant informed of his rights. Enter order appointing Piyush Chandra of the Federal Defender Program/Panel as counsel for defendant. Government and defendant agree on certain conditions of release. Preliminary examination hearing is set for 01/03/2008 at 2:00 p.m. Defendant ordered bound to the Northern District of Illinois

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|