IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 07 CR 814 |
| v. | ) | Judge Nan R. Nolan |
| | ) | |
| | ) | |
| Kirk Davis | ) | |

AGREED ORDER

Pursuant to 18 U.S.C. 3142(c)(3), the court hereby amends the defendant's conditions of release and home incarceration to permit the defendant to pick up his automobile from the Des Plaines, Illinois, Police Department. The defendant is permitted to leave his home for this purpose at the time and date approved by the Pre-Trial Service Department.

Entered: 12/14/07

Hon. Nan R. Nolan
Magistrate Judge