**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                     Case No.: 1:07−cr−00814
                                                     Honorable Nan R. Nolan

Kirk A. Davis

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 3, 2008:

       MINUTE entry before Judge Nan R. Nolan : Defendant's counsel telephonically advised that defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Telephoned/Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.