**FILED**

JAN 0 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
KIRK DAVIS )
)
)

**JUDGE KENDALL**

No. 07 CR 814
Violations: Title 18, United States Code, Section 2113(a)

**MAGISTRATE JUDGE NOLAN**

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about October 30, 2007, at Des Plaines, in the Northern District of Illinois, Eastern Division,

KIRK DAVIS

defendant herein, by intimidation, did take from the person and presence of bank employees money belonging to and in the care, custody, control, management, and possession of the TCF Bank, located at 1500 Lee Street, Des Plaines, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 8, 2007, at Des Plaines, in the Northern District of Illinois, Eastern Division,

KIRK DAVIS

defendant herein, by intimidation, did take from the person and presence of bank employees money belonging to and in the care, custody, control, management, and possession of the TCF Bank, located at 819 S. Elmhurst, Des Plaines, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 18, 2007, at Palatine, in the Northern District of Illinois, Eastern Division,

### KIRK DAVIS

defendant herein, by intimidation, did take from the person and presence of bank employees money belonging to and in the care, custody, control, management, and possession of the TCF Bank, located at 423 E. Dundee, Palatine, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY