**FILED**
JAN 03 2008
JAN 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Cat II of felony

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**JUDGE KENDALL**

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE NOLAN**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐   YES ☑   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   07 CR 814   12/6/07 - US v. Kirk Davis   Nolan

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☑   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☑   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☑   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☑   YES ☐

6) What level of offense is this indictment or information?   FELONY ☑   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☑   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☑   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)        ☐ Income Tax Fraud ........ (II)         ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ...... (II)    ☐ Postal Fraud ............ (II)         ☐ Miscellaneous General Offenses .. (IV)
   ☑ Bank robbery ........ (II)        ☐ Other Fraud ............. (III)        ☐ Immigration Laws .......... (IV)
   ☐ Post Office Robbery .... (II)     ☐ Auto Theft .............. (IV)         ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ........ (II)       ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws .......... (IV)
   ☐ Assault ............. (III)       ☐ Forgery ................. (III)        ☐ Motor Carrier Act ......... (IV)
   ☐ Burglary ............ (IV)        ☐ Counterfeiting .......... (III)        ☐ Selective Service Act ..... (IV)
   ☐ Larceny and Theft .... (IV)       ☐ Sex Offenses ............ (II)         ☐ Obscene Mail .............. (III)
   ☐ Postal Embezzlement .... (IV)     ☐ DAPCA Marijuana ......... (III)        ☐ Other Federal Statutes .... (III)
   ☐ Other Embezzlement .... (III)     ☐ DAPCA Narcotics ......... (III)        ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

    18 USC 2113(a)

Assistant United States Attorney

(Revised 12/99)