Minute Order Form (rev. 4/99)

07 GJ 1159

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE KENDALL | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 07 CR 0814 | DATE | JANUARY 3, 2008 |
| CASE TITLE | US v. KIRK A. DAVIS | | MAGISTRATE JUDGE NOLAN |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge  *Geraldine Soat Brown*

Docket Entry:

**BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE.**

**FILED**

JAN 0 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____  (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | |
|---|---|---|
| ☐ No notices required, advised in open court. | | Number of notices |
| ☐ No notices required. | | Date docketed |
| ☐ Notices mailed by judge's staff. | | Docketing dpty. initials |
| ☐ Notified counsel by telephone. | | Date mailed notice |
| ☐ Docketing to mail notices | | |
| ☐ Mail AO 450 form. | | Mailing dpty. initials |
| ☐ Copy to judge/magistrate judge. | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | |

DOCKET#