## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 814 | **DATE** | 1/15/2008 |
| **CASE TITLE** | USA vs. Kirk A. Davis | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to the indictment. 16.1(A) conference to be held on or before 1/25/2008. Pretrial motions shall be filed on or before 1/29/2008. Responses due by 2/12/2008. Replies due 2/19/2008. Status hearing set for 4/3/2008 at 1:30 PM. Defendant not objecting, time is excluded under 18 USC 3161(h)(1)(F) for pretrial motions from 1/15/2008 to 4/3/2008. Defendant's previously entered bond and conditions of release stand.

(X - E)

Notices mailed by judicial staff.

00:15

| | Courtroom Deputy Initials: | KW |
|---|---|---|