## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                              Case No.: 1:07–cr–00814
                                                    Honorable Virginia M. Kendall

Kirk A. Davis

                                Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, January 16, 2008:

      MINUTE entry before Judge Virginia M. Kendall :as to Kirk A. Davis, Minute entry [15] is amended to reflect that a Jury Trial is set for 7/7/2008 at 09:15 AM. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.