# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                          Case No.: 1:07−cr−00814
                                             Honorable Virginia M. Kendall

Kirk A. Davis

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Virginia M. Kendall : as to Kirk Davis, Status hearing held on Rule to Show Cause regarding Violation of Pretrial Release. Defendant admits to violating his terms of release. Defendant admonished. Status hearing set for 5/7/2008 at 1:30 PM. Defendant not objecting, time is excluded through and including 5/7/2008 under 18 U.S.C. § 3161(h)(1)(F) for filing and review of pretrial motions, and under 18 U.S.C. § (h)(8)(B)(ii) in the interest of justice. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.