UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                   Case No.: 1:07−cr−00814
                                                     Honorable Virginia M. Kendall

Kirk A. Davis
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

MINUTE entry before Judge Virginia M. Kendall : As to Kirk A. Davis, Hearing on Rule to Show Cause Why Defendant's Pretrial Release should not be revoked set for 3/24/2008 at 01:30 PM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.