UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 814 |
| | ) | |
| KIRK DAVIS | ) | Hon. Matthew Kennelly |
| | ) | |

FILED
MAR 17 2008
3-17-08
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

## PETITION FOR WRIT OF HABEAUS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Nam
Date
Sex:
Race
Prisc

has been and now is, in due form and process of law, detained in the following institution:

Cook County Sheriff's Department of Corrections
2700 S. California St.
Chicago, IL 60608

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Section 2113(a), and is now wanted in such division and district on March 24, 2008 at 12:30 p.m. for a Hearing on Rule to Show Cause before Judge Kendall, in Courtroom 2319.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO, ILLINOIS | WARDEN<br>COOK COUNTY SHERIFFS' DEPT. OF<br>CORRECTIONS<br>2700 S. CALIFORNIA AVENUE<br>CHICAGO, ILLINOIS 60608 |

commanding them to produce the body of the said prisoner before this Court at said time and on said date.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By: _____
        SHOSHANA L. GILLERS
        Assistant U. S. Attorney