# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 814 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA vs. Kirk Davis | | |

**DOCKET ENTRY TEXT**

Petition for writ of habeaus corpus ad prosequendum is granted. Enter Order. It is ordered that the U. S. Marshal and Cook County Sheriff's Department of Corrections are to bring or cause to be brought before Judge Virginia Kendal, on 3/24/2008 at 12:30 PM., for a hearing on a rule to show cause, the body of Kirk Davis.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

*Writs Issued*
MAR 1 8 2008

| | Courtroom Deputy Initials: | OR |
|---|---|---|