07 CR 814   USA v. Kirk Davis

To the Marshal of the Northern District of Illinois to execute.

WITNESS: The Honorable Hon. Matthew Kennelly, District Court Judge of the United States District Court for the Northern District of Illinois, Eastern Division, this 18th day of March 2008

MICHAEL W. DOBBINS
CLERK

DEPUTY

FILED
3-21-08
MAR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 18 2008

Writ Returned unexecuted. New writ to be issued with new date.

Kim Widup
U.S. Marshal

by Kenneth Robinson
Acting Supervisory U.S. Marshal

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | No. 07 CR 814 |
| ) | |
| KIRK DAVIS    ) | Hon. Matthew Kennelly |
| ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:
UNITED STATES MARSHAL         WARDEN
NORTHERN DISTRICT OF ILLINOIS   COOK COUNTY SHERIFFS' DEPT. OF
CHICAGO, ILLINOIS                CORRECTIONS
                                 2700 S. CALIFORNIA AVENUE
                                 C H I C A G O ,   I L L I N O I S   6 0 6 0 8

  WE COMMAND YOU that you do, at 12:30 p.m. on March 24, 2008, bring or cause to be brought before the Honorable Virginia M. Kendall, District Court Judge, United States District Court for the Northern District of Illinois, Eastern Division, in the United States Court House, Chicago, Illinois, the body of:

  Name: Kirk Davis
  Date of Birth:
  Sex:  Male
  Race: Black
  Prisoner No.:

who has been and now is, in due form and process of law, incarcerated in the following institution:

    Cook County Sheriff's Department of Corrections
      2700 S. California St.
      Chicago, IL 60608

and who is wanted for initial appearance before this Court on said date and at said time.

  AND HAVE YOU THEN AND THERE THIS WRIT.