UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*FILED*
*MAR 2 1 2008*
*JUDGE MATTHEW F. KENNELLY*
*UNITED STATES DISTRICT COURT*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 814 |
| | ) | |
| KIRK DAVIS | ) | Hon. Matthew Kennelly |
| | ) | |

## PETITION FOR WRIT OF HABEAUS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor

that:

> Name: K
> Date of ]
> Sex:  M
> Race: Bl
> Prisoner

has been and now is, in due form and process of law, detained in the following institution:

> Cook County Sheriff's Department of Corrections
> 2700 S. California St.
> Chicago, IL 60608

Your petitioner further represents to Your Honor that the said prisoner has been charged in

the Eastern Division of the Northern District of Illinois with violations of Title 18, United States

Code, Section 2113(a), and is now wanted in such division and district on April 1, 2008 at 1:30 p.m.

for a Hearing on Rule to Show Cause before Judge Kendall, in Courtroom 2319.  The previously

scheduled appearance, on March 24, 2008, has been cancelled.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas

Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

WARDEN
COOK COUNTY SHERIFFS' DEPT. OF
CORRECTIONS
2700 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

commanding them to produce the body of the said prisoner before this Court at said time and on said

date.  The previously issued Writ should be quashed.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  SHOSHANA L. GILLERS
Assistant U. S. Attorney