## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 814 | **DATE** | 3/21/2008 |
| **CASE TITLE** | USA vs. Kirk A. Davis | | |

**DOCKET ENTRY TEXT**

Petition for writ of habeas corpus ad prosequendum is granted. Writ to issue. Enter Order. It is ordered that United States Marshal and Warden of Cook County are to bring or cause to be brought before Judge Virginia Kendall, on 4/1/2008 at 1:30 PM for a rule to show cause hearing.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writs Issued
MAR 2 0 2008

| | Courtroom Deputy Initials: | OR |
|---|---|---|