UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                               Case No.: 1:07−cr−00814
                                              Honorable Virginia M. Kendall

Kirk A. Davis
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 28, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: as to Kirk A. Davis, At the request of the Defendant and with the agreement of the Government, The 4/1/08 Show Cause Hearing is stricken and reset for 4/15/2008 at 01:30 PM. Defendant not objecting, time is excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(i) through and including 4/15/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.