UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAR 3 1 2008
JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 814 |
| | ) | |
| KIRK DAVIS | ) | Hon. Virginia M. Kendall |
| | ) | |

## PETITION FOR WRIT OF HABEAUS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name: Kirk Davis

has been and now is, in due form and process of law, detained in the following institution:

Cook County Sheriff's Department of Corrections
2700 S. California St.
Chicago, IL 60608

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Section 2113(a), and is now wanted in such division and district on April 15, 2008 at 1:30 p.m. for a Hearing on Rule to Show Cause before Judge Kendall, in Courtroom 2319. The previously scheduled appearance, on April 1, 2008, has been cancelled.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas

Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO, ILLINOIS | WARDEN<br>COOK COUNTY SHERIFFS' DEPT. OF<br>CORRECTIONS<br>2700 S. CALIFORNIA AVENUE<br>CHICAGO, ILLINOIS 60608 |

commanding them to produce the body of the said prisoner before this Court at said time and on said date. The previously issued Writ should be quashed.

                                        Respectfully submitted,

                                        PATRICK J. FITZGERALD
                                        United States Attorney

By:    _____
        SHOSHANA L. GILLERS
        Assistant U. S. Attorney