# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 814 | **DATE** | 3/31/2008 |
| **CASE TITLE** | USA vs. Kirk Davis | | |

**DOCKET ENTRY TEXT**

The Government's Petition for a Writ of Habeas Corpus filed on 3/31/2008 is granted. The previously-issued writ is hereby quashed. New Writ to issue. The United States Marshal and the Warden of the Cook County Sheriff are ordered to bring the Defendant or cause him to be brought before Judge Virginia Kendall on 4/15/2008 at 1:30 PM for a Rule to Show Cause hearing.

Docketing to Mail Notices

| | Courtroom Deputy Initials: | KW |
|---|---|---|