UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 07 CR 814 |
| ) | |
| KIRK DAVIS ) | Hon. Virginia M. Kendall |
| ) | |

### ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: Kirk Davis

has been and now is, in due process of law, incarcerated in the following institution:

Cook County Sheriff's Department of Corrections
2700 S. California St.
Chicago, IL 60608

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 2113(a), and is now wanted in such division and district on April 15, 2008 at 1:30 p.m. for a Hearing on Rule to Show Cause before Judge Kendall, in Courtroom 2319.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

WARDEN
COOK COUNTY SHERIFFS' DEPT. OF
CORRECTIONS
2700 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court. The previously issued Writ, for April 1, 2008, should be quashed.

ENTER:

Hon. Virginia M. Kendall
DISTRICT COURT JUDGE

DATED at Chicago, Illinois
this 31st day of March 2008