UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 08 2008
JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 07 CR 814 |
| ) | |
| KIRK DAVIS   ) | Hon. Virginia M. Kendall |
| ) | |

## GOVERNMENT'S EMERGENCY MOTION FOR BENCH WARRANT TO ISSUE

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully moves this Court to issue a bench warrant as to defendant Kirk Davis, for the following reasons:

Upon information and belief, based on notification from the United States Marshal, defendant Kirk Davis has escaped the custody of the Cook County Sheriff's Department of Corrections. The defendant is scheduled to appear before your Honor on April 15, 2008, for a Rule to Show Cause hearing. Your Honor had previously issued a writ of habeas corpus ad prosequendum to permit the defendant's appearance on April 15, 2008. We respectfully move this Court to issue a bench warrant on the Rule to Show Cause.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   _____
SHOSHANA L. GILLERS
Assistant U. S. Attorney