# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 814 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Kirk Davis | | |

**DOCKET ENTRY TEXT**

The Government's Emergency Motion for Bench Warrant to Issue, filed 4/08/08, is granted. The Clerk shall issue a warrant for the arrest of Kirk A. Davis. The Defendant has escaped from state custody.

Docketing to mail notices.

BW Issued
APR 0 8 2008

| | Courtroom Deputy Initials: | KW |
|---|---|---|