**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                          Case No.: 1:07−cr−00814
                                                                    Honorable Virginia M. Kendall

Kirk A. Davis
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: as to Kirk A. Davis, Rule to Show Cause hearing held. Defendant's pretrial release revoked. Defendant remanded to federal custody. 7/7/2008 trial date stands. Status hearing set for 5/22/2008 at 2:00 PM. Time is excluded under 18 U.S.C. § 3161(h)(8)(B)(i) in the interest of justice through 5/22/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.