Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 814 | **DATE** | 4/16/2008 |
| **CASE TITLE** | USA vs. Kirk Davis | | |

**DOCKET ENTRY TEXT**

The Court orders Cermak Health Services and the Cook County Sheriff to release the medical records of Kirk Davis (#2008-0017874) to a representative of the United States Marshal for the Northern District of Illinois to be used for the sole purpose of determining placement in a pretrial facility. The defendant, Kirk Davis, has provided to the Marshal his personal release for the medical records which shall be provided to Cermak Health Services and the Cook County Sheriff.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | KW |
|---|---|---|