## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 814 | **DATE** | April 18, 2008 |
| **CASE TITLE** | USA vs. Kirk Davis | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held as to Defendant Kirk Davis. Defendant withdraws plea of not guilty and enters a plea of guilty to Counts I, II, and III of the Indictment filed 1/3/2008. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for an expedited presentence investigation due to the medical condition of the Defendant. The Court orders that the U.S. Marshal Service and the Bureau of Prisons place Defendant in a Federal Medical Facility that can treat his medical condition: Stage IV metastatic colon cancer, such as the Facility at Butner, NC. Sentencing set for 6/19/2008 at 2:00 p.m. Position statements regarding the presentence investigation report shall be filed by 6/5/2008. Responses due by 6/12/2008. Status hearing set for 6/5/2008 at 1:30 PM.

Docketing to mail notices.

00:25

3CC USM

| | Courtroom Deputy Initials: | KW |
|---|---|---|

07CR814　USA vs. Kirk Davis