FILED
JUN 0 5 2008
6-5-2008
JUDGE VIRGINIA M. KENDALL
U.S. DISTRICT COURT

5-28-08

U.S. DISTRICT COURT

DEAR YOUR HONORABLE JUDGE V. KENDALL

    First off I just want to say that Im sorry all thr things I did. I never ment nor had any intentions on hurting anyone. Honestly it was the herion and this cancer eating me up in the inside. I realy did not know or had hope to fight it. This situation came at me fast and over night. I went from having a normal life and job as a forklift operater. To a terminally ill young man. As I knew it my life was over right before my eyes. I was tring to fight depression, body disfigurement, my sex life was over, looking in the mirror at myself descinergrate right before my eyes and going through chemotheropy. These five things took a toll on me hader than I ever faced before ever in life! So I stated usuall thinking. Drugs. Like herion was the answer. I started using herion to take away the pain I felt every time I felt down, every time I looked in the mirror, every time I thaught about sex, every time I had to dump my colostomy bag and every time I had to go to get chemotheropy! But now I come to the realization that I should have had a differnt approuch. Because while in jail I tried to kill myself twice and GOD saved me. I tried running and GOD would not let me. So in my head IM thinking GOD has another plan for. So I have been reading the bible daily and by doing this GOD gave me hope. Every day I read and pray all day lond. Now I have faith. I found GOD! And with this new found faith and hope I know GOD has another plan for my life. Because he keeps holding on to me. THis faith and hope in GOD I have help me and reassures me so much now. All the mircles and mercy I read about in the bible I think this is what I should have turned to first. Because I have have faith GOD will save me too! So I put it all in GODS hands. At first I was tring to do it myself like I can save myself. I know now only GOD can. So last week on the 15th I totally dedicated my life to GOD to be baptised and saved! Now I want to live! I have faith that GOD will give me another chance at life. To live and be free. To hold and hug my kids. To be more of a father than I was and that I had. I just need one chance to prove it to GOD and you your honor.

    Since I been here your honor I have changed my life! IM a visual learner I see whats going on. Every week since I been here atleast seven to eight people has died. I dont want to do or go this way your honor. This place is a grave yard! I was just talking to one of the guys yeasterday. I have faith in GOD and pray all day long. But this this place is depressing in itself. Just the thaught of not being able to see my kids ever again nor my family hurts the most. No one is going to visit me. I always had to go get my daughters from my babymother. And my mom had brain tumers removed so I know she is not tring to drivee all the way down here nor would she have the money too! My life or whats left of it will be over here! It you your honore and GOD dont give me this last chance at life. Please your honore please give me another chance please. Please let me spend my last days holding and kissing my daughters and with my family

cc: Counsel, USPO

please your honor. I dont want to die here. Please save my life.

   Your honor Im sorry for the things I did. Ineed your help your honor. Pleas help me and give me a chance at life! Honestly your honor I realy need a chance to spend time with my kids and family. Thats what my kids will remeber the most about me. The time we spent together, not what I was able to buy or give them. I spent more time time on myself than with them loving them holding and kissing them. Please give me another chance to go back to my little girls. Please! I promise to do the right things I see first hand what my life will end as and what I can expect being in prison. I dont want to die this way. I pray all day not to die this way! Please have mercy on me and give a chance at some type of freedom. Please spare me the rest of my life. Please I promise to go to drug treatment and chemotheropy and just spend the rest of my days with my daughters. Please your honor please can I have this chance? On my life your honor you will not reget it I SWEAR!

                                            Sincerly



Kirk Davis
Name:            Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RESEARCH TRIANGLE REGION
NC 276 2 T

U.S. Courthouse
HONORABLE JUDGE VIRGINIA KENDALL (RM 2319)
219 South Dearborn Street
Chicago, IL 60604

RECEIVED
JUN 0 2 2008
JUDGE VIRGINIA M. KENDALL
U.S. DISTRICT COURT

RECEIVED
JUN 0 2 2008
JUDGE VIRGINIA M. KENDALL
U.S. DISTRICT COURT