## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                        Case No.: 1:07−cr−00814
                                                       Honorable Virginia M. Kendall

Kirk A. Davis

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:as to Kirk A. Davis: Status hearing held.. Counsel for defendant is directed to contact the court clerk to schedule a sentencing date by close−of−business tomorrow.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.